83,895-01
02

# Tim Cone

*Attorney at Law*

P.O. Box 413
Gilmer, Texas 75644

Phone: (903) 725-6270
Fax: (903) 725-5494

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 09 2015
Abel Acosta, Clerk

November 2, 2015

Abel Acosta, Clerk

Court of Criminal Appeals

P.O. Box 12308, Capital Station

Austin, Texas 78711

Re: WR-83,895-01 and WR-83,895-02 Robert Karl Nunley

Dear Abel:

This is to notify you that I am in the process of retiring from the active practice of law. The above referenced case is one of my last cases and I do wish to complete it through disposition. I am moving and the telephone number for the office and the fax number will not be valid. However, my cell number will be the same for a month or two ((03-738-3055) and I will notify you of any change. Further, my e-mail will remain the same unless I notify you of a change. I will be transitioning for a few weeks and I am concerned about missing any pertinent information but I hope to be established by the end of November. Thank you for your attention and cooperation.

Sincerely,

Tim Cone